# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John McComish, et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | CV 08-1550 PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Jan Brewer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order filed on January 20, 2010 and upon the Court's instruction therein, judgment is entered for the Plaintiffs and against Defendants.

JUDGMENT ENTERED this 21st day of January, 2010.

RICHARD H. WEARE
District Court Executive/Clerk

s/ Linda S Patton
By: Deputy Clerk

cc: (all counsel)