(ORDER LIST: 560 U.S.)

TUESDAY, JUNE 8, 2010

ORDER IN PENDING CASE

09A1163    MCCOMISH, JOHN, ET AL. V. BENNETT, AZ SEC. OF STATE, ET AL.

The application to vacate the stay of the District Court's injunction and to stay the mandate of the United States Court of Appeals for the Ninth Circuit in case No. 10-15165 presented to Justice Kennedy and by him referred to the Court is granted pending the timely filing and disposition of a petition for a writ of certiorari.  Should the petition for a writ of certiorari be denied, this order shall terminate automatically.  In the event the petition for a writ of certiorari is granted, the order shall terminate upon the sending down of the judgment of this Court.